IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION


GEORGE HULEN SORRELLS                                          PLAINTIFF


        v.                        Civil No. 05-5075


SHERIFF DANNY HICKMAN;
DR. LYNN MAYO; JASON DAY,
Jail Administrator; and LANCE
CORTRELL, Jailer                                              DEFENDANTS


**O R D E R**

On January 26, 2006 defendants filed a summary judgment motion (Doc. 27). To assist

plaintiff in responding to the summary judgment motion, the undersigned is propounding a

questionnaire. The court will consider plaintiff's response to the questionnaire in issuing a report

and recommendation on the summary judgment motion.

        For this reason, George Hulen Sorrels is hereby directed to complete, sign, and return the

attached response to defendants' summary judgment motion on or before **April 24, 2006**.

**Plaintiff's failure to respond within the required period of time may subject this matter to**

**dismissal for failure to comply with a court order.**

        IT IS SO ORDERED this 23rd day of March 2006.


                                        /s/ Beverly Stites Jones
                                        UNITED STATES MAGISTRATE JUDGE


-1-

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

GEORGE HULEN SORRELLS                                                    PLAINTIFF

v.                              Civil No. 05-5075

SHERIFF DANNY HICKMAN;
DR. LYNN MAYO; JASON DAY,
Jail Administrator; and LANCE
CORTRELL, Jailer                                                        DEFENDANTS

## RESPONSE TO SUMMARY JUDGMENT MOTION

TO:  GEORGE HULEN SORRELS

These questions and answers will serve as your response to defendants' motion for summary judgment.  You may use additional sheets of paper in responding to these questions. You must file this response by **April 24, 2006.**

1. You were arrested and booked into the Boone County Detention Center (BCDC) on December 20, 2004, on charges of failure to appear, theft of property greater than $2,500, aggravated robbery, and third degree battery.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at page 1.

_____

_____

_____

_____

2. Were you incarcerated at the BCDC solely because of the pending criminal

charges?

Answer:  Yes _____ No _____.

If you answered no, please state whether you were serving a sentence or your probation, parole, or supervised release had been revoked.

_____

_____

_____

_____

3(A).  When you were booked in, you were provided with a copy of the inmate rules and regulations which covered facility management, phone calls, personal property, detention center property, cell assignment, care of inmate living areas, personal cleanliness, conduct, visitation, mail, books, tobacco, jail phones, commissary, toilet paper, doctor call, and infractions that could result in disciplinary action.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at pages 2 & 3.

_____

_____

_____

_____

(B).  The rules provided that doctor call was every Thursday.  The rules state "[m]edical forms must be filled out and turned in by 1300 (1:00 PM) this is to insure the best

-3-

possible medical care that can be provided by our facility physician."

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at page 3.

_____

_____

_____

_____

4(A).  On December 23, 2004, you were taken to the emergency room at the North

Arkansas Regional Medical Center after you told jailers that you needed Vicodin and had

been on it continually.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 2 at page 2.

_____

_____

_____

_____

_____

_____

(B).  You were noted to have no problem walking.  Note was made that you gave

several different stories regarding who prescribed your medication.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 2 at page 2.

-4-

_____

_____

_____

_____

     (C).   You requested that therapeutic rub be ordered so you could use the tape in your personal effects for a burn you allegedly received 1 ½ weeks before your visit.

     Agree_____ Disagree_____Without knowledge to agree or disagree_____.

     If you disagree, explain.  In explaining, please refer to defendants' exhibit 2 at page 3.

_____

_____

_____

_____

_____

_____

     (D).   You reported having a ruptured disc, depression, and stated you had been scheduled for a colonoscopy prior to your incarceration.

     Agree_____ Disagree_____Without knowledge to agree or disagree_____.

     If you disagree, explain.  In explaining, please refer to defendants' exhibit 2 at page 3.

_____

_____

_____

_____

AO72A
(Rev. 8/82)

_____

_____

(E).  You reported being on Celebrex, Lortab, Soma, Previcid, and Zoloft.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 2 at page 4.

_____

_____

_____

_____

_____

_____

(F).   You were given a prescription for Flexeril.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 2 at page 6.

_____

_____

_____

_____

_____

_____

(G).  No other medication was ordered.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 2.

_____

_____

_____

_____

_____

_____

5(A).  On December 24, 2004, you submitted a grievance asking why the Ibuprofen 800 that was prescribed at the hospital did not make it to your medical sheet.  You stated two officers had been standing there when it was prescribed.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at page 4.

_____

_____

_____

_____

(B).  You also asked for some type of alka seltzer for acid reflex and some of your baby lotion because of the hard water.  You stated that acid reflux if it went untreated for any period of time could cause esophagus cancer.  You indicated that you had reflux for three years.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at page 4.

AO72A
(Rev. 8/82)

_____

_____

_____

_____

(C).  In response, you were told you would be given Ibuprofen 800 mg. until the jail doctor came the following week.  You were also told that in accordance with Dr. Morris' instructions you would be given Ranitidine twice a day until seen by the jail doctor.  Finally, you were told that they would consider your request for baby lotion but you would not receive it at that time.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at page 4.

_____

_____

_____

_____

6(A).  On December 27, 2004, you submitted a request for medical attention.  You stated you were only receiving the minimum for pain even after the emergency room doctor saw your MRI's.  You stated Ibuprofen had been around since the 1970's.  You indicated you had been on Naproxen for years and it caused your ulcers and acid reflux.  You indicated the Ibuprofen was killing your stomach.  You also indicated you needed something for your arthritis.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

-8-

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at page 5.

_____

_____

_____

_____

(B).  In response, you were told that your request would be faxed to the doctor.

Agree_____  Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at page 4.

_____

_____

_____

_____

7(A).  You submitted a grievance on December 27, 2004, in which you complained of noise pollution coming from the adjoining cells.  You indicated you had told the two inmates to pipe it down numerous times.

Agree_____  Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at page 6.

_____

_____

_____

_____

(B).  In response, you were told that the problem would be taken care of.

AO72A
(Rev. 8/82)

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at page 6.

_____

_____

_____

_____

(C).  Was the problem taken care of?

Answer:  Yes _____ No _____.

If you answered yes, please state when the problem was taken care of and how it was

taken care of.

_____

_____

_____

_____

_____

_____

_____

If you answered no, please state what was done in response to your grievance.

_____

_____

_____

-10-

_____

_____

_____

_____

_____

      8(A).  On December 30, 2004, you submitted a medical request.  You indicated you

wanted to get on an arthritis medication.  You stated you had been on Vioxx, Naproxen,

Anaproxen, and Celebrex for nine years.

      Agree_____ Disagree_____Without knowledge to agree or disagree_____.

      If you disagree, explain.   In explaining, please refer to defendants' exhibit 1 at page 7.

_____

_____

_____

_____

      (B).  In response, a note was made that you were put on Dicolofenac, a combination

anti-inflammatory/pain reliever on December 29, 2004.

      Agree_____ Disagree_____Without knowledge to agree or disagree_____.

      If you disagree, explain.   In explaining, please refer to defendants' exhibit 1 at page 7.

_____

_____

_____

_____

AO72A
(Rev. 8/82)

(C). Did you start receiving Diclofenac on December 29, 2004?

Answer: Yes _____ No _____.

If you answered no, please state whether you received this medication while you were

at the BCDC and when you began receiving the medication.

_____

_____

_____

_____

9(A).  On December 30, 2004, you submitted a grievance in which you stated you

wanted access to the law library. You stated you had not received a lawyer as far as you knew.

Instead, you stated Mr. Buckner had only acted as a stand-in at your arraignment.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at page 8.

_____

_____

_____

_____

(B).  You also stated that you had been held in Tarrant County Jail for a period of time

for the Boone County Sheriff's Office and had not been able to make a phone call since you

had been incarcerated.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at page 8.

-12-

_____

_____

_____

_____

(C).  You sought access to the law library in connection with the criminal charges

pending against you.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

(D).  On December 31st, Jason Day, the jail administrator, responded stating that they

did not have a law library.  If you needed legal information, you were told to contact your

attorney or the public defender's office and they would be up.  Day said the jail would make

copies of whatever the attorney brought for you.  If you needed to come up front and call, he

stated they would be glad to do that.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at page 8.

_____

_____

_____

-13-

_____

     (E).  When you appeared in court on the criminal charges was an attorney (a public

defender) appointed to represent you?

     Answer:  Yes _____ No _____.

     If you answered yes, please state who was appointed and why you did not contact him

or her for legal information.

_____

_____

_____

_____

     If you answered no, please explain who Mr. Buckner was and why he appeared on

your behalf.

_____

_____

_____

_____

     (F).  In the addendum to your complaint, you stated that you contacted Judge Gordon

Webb and he contacted public defender Phillip Moon who made an appearance on your behalf

and answered the questions you had.

     Agree_____ Disagree_____Without knowledge to agree or disagree_____.

     If you disagree, explain.  In explaining, please refer to the *Addendum* filed on June 13,

2005 (Doc. 9), at ¶ 2.

-14-

_____

_____

_____

_____

(G).  Did Phillip Moon or someone else from the public defender's continue to

represent you on the criminal charges against you?

Answer:  Yes _____  No _____.

_____

_____

_____

_____

(H).  Did you miss any deadlines for filing documents with the court because you did

not have access to a law library?

Answer:  Yes _____  No _____.

If you answered yes, explain in detail what deadline you missed.  In doing so, state

what court the document was to be filed in; when the document was due; and what prevented

you from filing the document.

_____

_____

_____

_____

_____

-15-

_____

_____

_____

_____

_____

_____

_____

    (I).  Were you unable to pursue any claims because you did not have access to a law

library?

        Answer:  Yes _____ No _____.

    If you answered yes, please explain in detail.  In doing so, please state what claims you

were unable to pursue and whether it is now too late for you to bring the claim.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

-16-

_____

_____

     (J).  Were you able to send and receive legal mail?

     Answer:  Yes _____ No _____.

     If you answered no, please explain how you were prevented from sending or receiving

legal mail.

_____

_____

_____

_____

_____

_____

_____

     (K).  Could you use a phone to contact your attorney or have a jailer contact your

attorney?

     Answer:  Yes _____ No _____.

     If you answered no, please explain in detail.

_____

_____

_____

_____

_____

-17-

_____

_____

     (L).  Could your attorney visit you in person at the BCDC?

     Answer:  Yes _____ No _____.

     If you answered no, please explain in detail.

_____

_____

_____

_____

_____

_____

_____

     10.  On January 2, 2005, at 2105 (9:05 p.m.) while Lance Cottrell was making a "key turn"  hall porter Bobby Kyzer informed Cottrell that you were having some problems. Cottrell came over and asked you what the problem was.  You told him you needed a blood pressure check.

     Agree_____ Disagree_____Without knowledge to agree or disagree_____.

     If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at page 9.

_____

_____

_____

_____

AO72A
(Rev. 8/82)

11.  Cottrell called the doctor and told him that you were having a headache, ringing in your ears, your blood pressure was surging, and your face was flushing and that an hour later it was pale.  Cottrell also told the doctor that you were waking up at night out of breath like you had run a race.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 9 at page 52.

_____

_____

_____

_____

12.  The doctor told Cottrell that it sounded like you were having an anxiety attack. The doctor stated that you would be alright until morning.  Cottrell was instructed to bring you to visit the doctor in the morning or call the doctor and have him come by the jail and check you in the morning.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 9 at page 52.

_____

_____

_____

_____

_____

_____

AO72A
(Rev. 8/82)

13.  Please describe:  (a) the symptoms you were experiencing on January 2, 2005; (b) the severity of the symptoms; (c) how you knew the symptoms were caused by your blood pressure; and (d) how long the symptoms lasted.

Answer:

AO72A
(Rev. 8/82)

_____

_____

_____

14(A).  On January 2, 2005, you submitted a medical request.  You stated you were

having headaches, your ears were ringing, your blood pressure was surging, your face was

flushing and then going pale, and you had been waking up at night with your breathing out of

control.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 10 at page

52.

_____

_____

_____

_____

_____

(B).  Did you submit this request when Cottrell came to check on you at 9:05 p.m.?

Answer:  Yes _____ No _____.

If you answered no, please state when you submitted this request.

_____

_____

_____

-21-

_____

_____

15.   You were examined by Nurse Practitioner Mayo who noted that you had no

previous diagnosis of hypertension.  Mayo also noted that you reported back problems that

were not surgical in nature.  You requested the same narcotic pain medications you had

requested at the emergency room.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at page 10.

_____

_____

_____

_____

16.  In accordance with the instructions of Dr. Maris, you were prescribed Darvocet

and Celebrex and your blood pressure was to be checked daily.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at page 10.

_____

_____

_____

_____

_____

_____

-22-

_____

_____

17(A).  Did you receive the Darvocet and Celebrex on the prescribed basis?

Answer:  Yes _____ No _____.

If you answered no, please explain.

_____

_____

_____

_____

_____

_____

_____

_____

_____

(B).  Was your blood pressure checked daily?

Answer:  Yes _____ No _____.

If you answered no, please explain.

_____

_____

_____

_____

AO72A
(Rev. 8/82)

18(A).  On January 3, 2005, at 8:10 p.m. when Cottrell was handing out medication, he noticed you were writing a grievance with a regular pen and not an issued flex pen.  Cottrell told you he was sorry but he would have to take that pen.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at page 11.

_____

_____

_____

_____

_____

_____

(B).  Cottrell stated he would give you a flex pen.  You asked if Cottrell would give you a different pen you could actually write with. Cottrell explained that detainees are only allowed to have flex pens.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at page 11.

_____

_____

_____

_____

_____

AO72A
(Rev. 8/82)

_____

(C). Your face got really red and you jammed the pen into the table a couple of times.

On the third try, the pen snapped. Cottrell threw the pieces in the trash and you told him: "If

you keep it up, I'm going to buck."

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to defendants' exhibit 1 at page 11.

_____

_____

_____

_____

_____

_____

(D). What is a flex pen?

Answer:

_____

_____

_____

_____

19(A). On January 13, 2005, you submitted a grievance in which you stated your

blood pressure had continued to be borderline stroke level and you had continued to have

headaches, pain behind your right ear and down your neck, and that morning you stated your

nose had started bleeding. You indicated you believed you needed to get a handle on the

-25-

problem. You stated you did not believe it was healthy being locked in your cell so many hours a day without being allowed to get out to work or exercise. You also complained about your diet being high in sodium and carbohydrates.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to defendants' exhibit 1 at page 12.

_____

_____

_____

_____

_____

_____

(B). Please state: (a) how many hours a day you were locked in your cell; (b) the approximate size of the cell; (c) what was in the cell (the number of bunks, a sink, toilet, shower, table, etc.); (d) how many inmates were assigned to the cell; (e) whether you had access to any other areas of the facility such as a day-room or recreation yard; (f) when you had out of cell time; and (g) when you were outside your cell what activities could you engage in.

_____

_____

_____

_____

_____

AO72A
(Rev. 8/82)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

     20.  You were seen by Nurse Practitioner Mayo that day.  You were diagnosed with borderline hypertension, anxiety, and isolated epistaxis.  You were told to use Vaseline on your nasal membranes, perform aerobic exercise in your cell, and have your blood pressure monitored.  Mayo prescribed no mental health medications at that time.

     Agree_____ Disagree_____Without knowledge to agree or disagree_____.

     If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at page 13.

_____

_____

_____

_____

_____

AO72A
(Rev. 8/82)

_____

     21(A).  On January 17, 2005, you stated you had only been to the TV room twice a

week and had received yard call three times.  You stated that you needed exercise to keep your

stress and anxiety levels down.

     Agree_____ Disagree_____Without knowledge to agree or disagree_____.

     If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at page 14.

_____

_____

_____

_____

_____

_____

     (B).  Could you exercise in your cell?

     Answer:  Yes _____ No _____.

     If you answered no, please explain your answer.

_____

_____

_____

_____

     (C).  Did you suffer any physical injury as a result of not having enough exercise?

     Answer:  Yes _____ No _____.

     If you answered yes, please describe:  (a) the physical injuries; (b) the symptoms you

-28-

experienced; (c) the severity of those symptoms; (d) whether you sought, or received, medical

treatment as a result of the injuries; and (e) how long it took you to recover.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

22.  Day responded that he would look into the matter.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at page 14.

_____

_____

_____

_____

_____

AO72A
(Rev. 8/82)

_____

_____

23.  On January 17, 2005, you submitted a grievance stating that you hadn't gotten hygiene products the prior week.  You indicated you understood someone had forgotten to order the supplies.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at page 15.

_____

_____

_____

_____

_____

_____

_____

_____

24(A).  In response, you were told the products would be in that day.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at page 15.

_____

_____

_____

_____

AO72A
(Rev. 8/82)

_____

_____

(B).  When were hygiene products normally distributed?

Answer:

_____

_____

_____

_____

_____

_____

(C).  What hygiene products did inmates receive?

Answer:

_____

_____

_____

_____

_____

_____

(D).  Were there periods of time you were completely out of hygiene products?

Answer:  Yes _____ No _____.

If you answered yes, please state how many times this occurred; how long you went

without hygiene products; and what hygiene products you went without.  Also indicate

AO72A
(Rev. 8/82)

whether you had any other access to such products.  For instance, could you buy them at the

commissary or have family members bring them in.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(E).  When were you allowed to shower?

Answer:

_____

_____

_____

_____

(F).  Between showers did you have access to basic hygiene supplies such as soap and

water?

-32-

Answer:  Yes _____ No _____.

If you answered no, please explain your answer.

_____

_____

_____

_____

(G).  In one grievance you complaint about the hot water being broken.  Day responds that it has been fixed twice but that a plumber will be called again.  Please state:  (a) where the hot water was broken; (b) how long it was broken; (c) whether you had access to hot water elsewhere in the facility; and (d) whether defendants had the hot water repaired.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

-33-

25.   On January 17, 2005, you submitted a grievance in which you complained about your youngest daughter, who was ill, not having been allowed to visit you.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at page 16.

_____

_____

_____

_____

26.   In response, you were told your daughter had not been turned away.  Instead, your sister-in-law told Officer Gibson your daughter wasn't coming because she didn't have time.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to defendants' exhibit 1 at page 16.

_____

_____

_____

_____

_____

_____

_____

_____

27.  On January 18, 2005, at 11:55 a.m. Officer Randall Gibson heard Inmate

-34-

Christopher Branning in cell 3 stated "I am an advocate for suing Boone County."

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at page 17.

_____

_____

_____

_____

_____

_____

28.  At about 12:45 Inmate Daniel Lundy asked when they were going to get to order commissary.  Gibson responded that he got only one day a week to do commissary and that was today but he was too busy to do it right then.  Branning stated "thank you Randy" and looked directly at you.  Gibson then explained that commissary was not a right but a privilege.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at page 17.

_____

_____

_____

_____

_____

_____

_____

AO72A
(Rev. 8/82)

29.  On February 17, 2005, Officer Flowers and Officer Rhyne heard a commotion in

the drunk tank.  When they opened the door, they saw you and Inmate Rickie Freeman

fighting.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at page 18.

_____

_____

_____

_____

_____

_____

_____

_____

30.  You were wrestling and pushing each other and the officers ordered you to stop.

You and Freeman did not stop.  Rhyne ordered you to stop a second time and this time you

and Freeman separated.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at page 18.

_____

_____

_____

-36-

_____

_____

_____

31.  Rhyne stepped between you and you began "mouthing Freeman" and you two

started arguing.  Rhyne instructed you both to shut your mouths.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at page 18.

_____

_____

_____

_____

_____

32.   Freeman was taken back to his own cell and you were taken to see the Nurse

Practitioner Mayo.  Mayo noted you had sustained injuries to your face and testicles and

should be taken to the emergency room.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at pages
18 & 19.

_____

_____

_____

_____

AO72A
(Rev. 8/82)

33(A).  Prior to the altercation on February 17th with Freeman, had you ever had any problems with Freeman.

Answer:  Yes _____ No _____.

If you answered yes, please explain what type of problems you had with Freeman.  If you submitted any grievances about these problems, please attach copies of the grievances to this response.

_____

_____

_____

_____

_____

_____

(B).  Prior to February 17th, had you put Freeman on your enemy list or notified the defendants in anyway that you believed Freeman might harm you in some way?

Answer:  Yes _____ No _____.

If you answered yes, please state:  (a) who you notified; (b) when you notified them; (c) what you told them; (d) whether this communication was oral or in writing; and (e) if the communication was oral explain why you did not submit anything in writing.

_____

_____

_____

AO72A
(Rev. 8/82)

_____

_____

_____

 _____

_____

_____

_____

_____

(C).  Who placed you in the drunk tank with Freeman?

Answer:

_____

(D).  How long had you been in the drunk tank before the altercation occurred?

Answer:

_____

(E).  When you were placed in the drunk tank with Freeman did you protest being put

in there with him?

Answer:  Yes _____ No _____.

If you answered yes, please state who you complained to and what you said.

_____

_____

_____

_____

-39-

_____

_____

        If you answered no, please explain why you did not complain about being put in there

with Freeman.

_____

_____

_____

_____

_____

_____

        (F).  You were taken to the emergency room at North Arkansas Regional Medical

Center and complained of nasal pain and bleeding, left flank pain, and pain in the gonads.

        Agree_____ Disagree_____Without knowledge to agree or disagree_____.

        If you disagree, explain.  In explaining, please refer to defendants' exhibit 2 at page 9.

_____

_____

_____

_____

_____

_____

        (G).  X-rays were taken of your facial bones, nose, and chest and were all normal.

        Agree_____ Disagree_____Without knowledge to agree or disagree_____.

AO72A
(Rev. 8/82)

If you disagree, explain. In explaining, please refer to defendants' exhibit 2 at page 15.

_____

_____

_____

_____

_____

_____

(H). Your abrasions were cleaned and you were given an injection and a prescription for Keflex and Darvocet.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to defendants' exhibit 2 at page 12.

_____

_____

_____

_____

_____

_____

34. Freeman was interviewed by Day on February 18th. Freeman stated that you came at him and he defended himself.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to defendants' exhibit 1 at page 20.

_____

AO72A
(Rev. 8/82)

_____

_____

_____

_____

_____

35. You also spoke with Day on February 18th about the fight. You and Freeman had

been placed in the drunk tank for doctor call. You told Day Freeman asked if you had a

problem with him and you replied you didn't even know who he was. At that point, you

stated Freeman attacked you. You were told it would be looked into and Freeman was going

to be charged.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to defendants' exhibit 1 at page 21.

_____

_____

_____

_____

_____

_____

36. On February 18, 2005, Cory Mathison gave a statement in which he stated he had

asked you what caused the fight between you and Freeman. Mathison indicated you stated

Freeman had asked if there was a problem and you replied that you didn't even know him.

You then told Mathison that Freeman stood up and you put him in and headlock and were

-42-

choking him.  When you came back to the jail after having been seen at the hospital, Mathison

indicates you stated you would kill Freeman yourself.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at page 22.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

37.   Inmate Chad Suddeth also gave a statement.  Suddeth stated that you indicated

that you had put Freeman in a headlock and choked him after he asked you if you had a

problem.  Suddeth also indicated you stated that you were going to kill Freeman yourself.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at page 23.

_____

_____

_____

AO72A
(Rev. 8/82)

_____

_____

    38.  Suddeth also said that you got up and walked around in the cell #10 although when the guards came you pretended that you could barely move.

    Agree_____ Disagree_____Without knowledge to agree or disagree_____.

    If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at page 23.

_____

_____

_____

_____

_____

_____

    39.  Were Suddeth and Mathison assigned to the same cell as you were on February 18, 2005?

    Answer:  Yes _____ No _____.

    If you answered no, please explain where you were when they talked to you and where cell ten was in relation to the cell you were assigned to.

_____

_____

_____

_____

_____

-44-

_____

40. On February 19, 2005, you submitted a medical request asking for an upgrade in your pain medication. You said that after your confrontation on February 17, 2005, you needed something stronger to relax and be comfortable.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to defendants' exhibit 1 at page 24.

_____

_____

_____

_____

_____

_____

41(A). In response, you were told the doctor would be informed of your request.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to defendants' exhibit 1 at page 24.

_____

_____

_____

_____

_____

_____

(B). Were you seen by the doctor in response to this request?

AO72A
(Rev. 8/82)

Answer: Yes _____ No _____.

If you answered yes, please state: (a) who you saw; (b) when you saw them; and (c) what treatment you received.

_____

_____

_____

_____

_____

_____

If you answered no, please state if any changes were made in your medication in response to your request.

_____

_____

_____

_____

_____

_____

42. On February 19, 2005, you submitted a grievance asking to be brought up front to call your wife and inform her about your altercation with Freeman and your health status. You stated you had no control over what happened in the drunk tank and that psychotics should not be put in with the general population. You stated Freeman had a known history of bad behavior and being on medication.

-46-

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at page 25.

_____

_____

_____

_____

_____

_____

43.  Day responded that his was not aware of Freeman's history.  He also stated you were under investigation because it was not clear who started the fight.  Finally, he stated you had been put in the drunk tank because you were going to doctor call.  He stated you should have informed them if you had a problem with Freeman and they could have avoided the situation.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at page 25.

_____

_____

_____

_____

_____

_____

44.  On February 21, 2005, Day interviewed Inmate Bobby Kyzer about the fight

between you and Freeman.  You and Kyzer had been hall porters together in the back.  Kyzer

said the reason for the fight was Trustee Chad Suddeth had been bringing Freeman cigarettes

and you told on them.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at page 26.

_____

_____

_____

_____

_____

_____

45.  Kyzer stated that no one knew there was a problem until after the fight.  Kyzer

also indicated Suddeth had been smoking dope but he tested clean.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at page 26.

_____

_____

_____

_____

_____

_____

46.  You were brought to Day's office and Kyzer told you that the jail had no idea of

AO72A
(Rev. 8/82)

the problem.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at page 26.

_____

_____

_____

_____

_____

_____

47.  You were allowed to call your wife and inform her of the fight.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at page 26.

_____

_____

_____

_____

_____

_____

48.  On February 21, 2005, at 11:34 a.m., Officer Randall Gibson was informed by two

inmates that a wrench had been taken out of the back and was going to be used to disassemble

locking devices within the jail so that Kyzer could get into the female group to see his

girlfriend, Shannon Sanders.  Kyzer wanted a screwdriver also.

AO72A
(Rev. 8/82)

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at page 27.

_____

_____

_____

_____

_____

_____

49.  It was reported that you were helping in the attempt.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at page 27.

_____

_____

_____

_____

_____

50.  Gibson noted that in the past letters had been read that stated you and Kyzer would

escape when you were extradited to Florida together.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at page 27.

_____

_____

_____

_____

_____

_____

51. On February 23, 2005, Officer John Edwards collected contraband from Shannon Sanders' cell. Sanders reported Kyzer had gotten her the tobacco. When interviewed about the tobacco, Kyzer confessed. He also stated that you had known the jail officials did not know that there was a problem between you and Freeman.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to defendants' exhibit 1 at page 30.

_____

_____

_____

_____

_____

_____

52. On February 28, 2005, Officers Gibson and Edwards observed you playing basketball in the yard with other inmates.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to defendants' exhibit 1 at page 31.

_____

_____

_____

_____

_____

_____

53.  On February 28, 2005, you submitted a medical request.  You stated you were still in pain from the altercation with Freeman and needed an MRI and additional pain medication.  You also stated you wanted to discuss being put on anti-depressant.  Finally, you stated your testicle was still greatly compromised and you needed a medical follow-up as soon as possible.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at page 32.

_____

_____

_____

_____

_____

_____

_____

54.  In response, you were told the doctor would be contacted about the MRI and told the pain medication was not working properly.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at page 32.

-52-

_____

_____

_____

_____

_____

_____

55.   You were seen by Nurse Practitioner Mayo that same day.  Mayo discussed your complaints with Dr. Maris.  It was determined no further treatment was necessary for your scrotum.  Note was made that you were being taken off Flexeril because it was not working properly and that you were taking Omeprazole which was working okay.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at page 33.

_____

_____

_____

_____

_____

_____

56.  On March 2, 2005, you submitted a medical request wanting to know who took you off Flexeril.  You stated it really didn't work that well but it was all you had.  You stated you were denied stronger medication.  You stated your back still ached and burned.  You also stated you were about to go crazy with the ringing in your ears.

AO72A
(Rev. 8/82)

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at page 34.

_____

_____

_____

_____

_____

_____

57.  In response, you were told that your request would be given to the doctor.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at page 34.

_____

_____

_____

_____

_____

_____

58.   Did you receive any treatment in response to your medical request?

Answer:  Yes _____ No _____.

If you answered yes, please state:  (a) when you received treatment; (b) who treated

you; and (c) what treatment you received.

_____

AO72A
(Rev. 8/82)

_____

_____

_____

_____

_____

     59.  On March 3, 2005, at 12:10 p.m. Kyzer was interviewed by Day about passing

around a form for inmates to sign.  The form was for you and stated that jail personnel knew

that you and Freeman had problems.  Kyzer stated he signed the statement without reading it.

     Agree_____ Disagree_____Without knowledge to agree or disagree_____.

     If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at page 35.

_____

_____

_____

_____

_____

_____

     60.  Kyzer also stated that Lance Cottrell knew about the problems between you and

Freeman.  Kyzer stated Chad was back there "stirring up shit."

     Agree_____ Disagree_____Without knowledge to agree or disagree_____.

     If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at page 35.

_____

_____

AO72A
(Rev. 8/82)

_____

_____

_____

_____

61.  The incident between you and Freeman occurred on a Thursday and Lance Cottrell did not work on Thursdays.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at page 35.

_____

_____

_____

_____

_____

_____

62.  Kyzer was removed from his position as hall porter for lying and passing notes without authorization.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at pages 35 to 37.

_____

_____

_____

-56-

_____

_____

_____

63. On March 4, 2005, Sgt. Rhyne entered the jail and delivered a written citation for battery from Day to you. As you read the citation, you said to the other inmates in your cell: "They're writing me up for battery, they are just trying to cover your ass now."

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to defendants' exhibit 1 at page 38.

_____

_____

_____

_____

_____

_____

64. Rhyne told you the tape had been reviewed and you were the one that made first contact. You responded that Freeman was coming at you first.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to defendants' exhibit 1 at page 38.

_____

_____

_____

_____

-57-

_____

_____

65.  On March 5, 2005, you played three games of basketball with what appeared to be no pain.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at page 39.

_____

_____

_____

_____

_____

_____

66.   On March 9, 2005, you requested information to show the history of your inmate account to complete your § 1983 paperwork.  Day completed the form and returned it to you.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at page 40.

_____

_____

_____

_____

_____

_____

AO72A
(Rev. 8/82)

67.  On March 9, 2005, you submitted a grievance complaining you had not received your $10 money order from Valentine's Day.  You also stated that you had been charged for a doctor visit that was caused by the jailer Lance Cottrell.  You stated the jail was responsible for your medical care until you were back to your usual self.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at page 41.

_____

_____

_____

_____

_____

_____

68.  What did you mean when you said the doctor's visit had been caused by Lance Cottrell?

Answer:

_____

_____

_____

_____

_____

_____

69.  Day responded that your money had been placed on your books.  He also stated

that the tape showed that you physically started the fight. He stated that everyone pays a co-pay for doctor's visits and medication. With respect to the fight, he indicated both you and Freeman were charged.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to defendants' exhibit 1 at page 41.

_____

_____

_____

_____

_____

_____

70.   On March 16, 2004, a registered dietician reviewed the BCDC's menus and found that they meet or exceeded the food guide pyramid daily recommendations in all food categories except for fruit and vegetable. The dietician recommended a fruit cup be served with lunch. She noted the vegetable category was only ½ a serving below the minimum recommended range and would be difficult to achieve unless low sodium canned tomato or V-8 juice is served once a day.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to defendants' exhibit 1 at page 42.

_____

_____

_____

-60-

_____

_____

_____

71.  You were provided with a diet sufficient to sustain your health.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

_____

_____

72(A).  You received three meals a day.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

_____

_____

(B).  You received something to drink with each meal.

-61-

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

_____

_____

(C).  Between meals, you had access to drinking water.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

_____

_____

　　　73.  On March 22, 2005, you submitted a grievance asking to come up front to make a

phone call.  You stated you did not receive visitors because you were from Texas.  You

indicated other inmates were allowed to use the phone once or twice a week and you felt you

should be able to make a phone call a week.  You indicated you had a calling card up front

that your family had provided.

AO72A
(Rev. 8/82)

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to defendants' exhibit 1 at page 47.

_____

_____

_____

_____

_____

_____

74. In response, you were told you would be pulled up from time to time to make a phone call and use your calling card to make a phone call. However, you were told you they would not do it once a week as there might be times when they were too busy.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to defendants' exhibit 1 at page 47.

_____

_____

_____

_____

_____

_____

75(A). Were you able to send and receive personal mail?

Answer: Yes _____ No _____.

If you answered no, please explain.

-63-

_____

_____

_____

_____

_____

_____

(B).  You had basic writing materials such as a pen or pencil and paper.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

_____

(C).  You were able to use the phone from time to time.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

**AO72A**
**(Rev. 8/82)**

_____

_____

(D).  You were allowed to have visitors.

Agree_____  Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

_____

_____

76.   On March 24, 2005, you submitted a medical request complaining of pain in your

back, buttocks, legs, and testicles.  You asked for an MRI.  You also asked if there was any

progress in getting you a psychological evaluation.  You noted you had been waiting four

months for this evaluation and had been off your medication this long.  You stated you were

very depressed and sleeping about eighteen hours a day to get away from your thoughts.

Agree_____  Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at page 48.

_____

_____

_____

_____

-65-

77.  In response, you were told you would see the doctor that evening.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at page 48.

_____

_____

_____

_____

_____

78.  You were seen by Nurse Practitioner Mayo who determined you should be seen by a urologist.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

_____

_____

79.  Did Nurse Practitioner Mayo give you any other treatment?

Answer:  Yes _____ No _____.

-66-

If you answered yes, please state what treatment you received.

_____

_____

_____

_____

_____

_____

_____

80(A).  An appointment was made for you to see Dr. Ferguson at the Arkansas

Urology Clinic on March 31, 2005, at 10:00 a.m.  Dr. Ferguson was to examine your testicle.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at page 49.

_____

_____

_____

_____

_____

_____

(B).  Were you seen by Dr. Ferguson?

Answer:  Yes _____ No _____.

If you answered yes, please state when you saw him and what treatment you received.

_____

AO72A
(Rev. 8/82)

_____

_____

_____

_____

_____

81. On March 29, 2005, a scrotum ultrasound was done at the North Arkansas Regional Medical Center. A less than 1 cm. in diameter low density mass was detected and the radiology report stated that a urologic consult was in order.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to defendants' exhibit 2 at page 18.

_____

_____

_____

_____

_____

_____

82. On April 2, 2005, you submitted a grievance asking for a job as a trustee. You stated that you needed to be able to do something instead of just thinking about what you had lost. You noted you had not received any mail from your wife in a month. You indicated you had asked the doctor to be properly medicated. You stated you had lost all of your reasons for living.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

-68-

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at page 50.

_____

_____

_____

_____

_____

_____

83.  In response, you were told you would be kept in mind if a trustee position became open.  You were also told Day would see if he could get you an appointment at Ozark Counseling.

Agree_____  Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at page 50.

_____

_____

_____

_____

_____

_____

84.  On April 7, 2005, you submitted a medical requested asking to know what Dr. Mayo found in the blood samples.  You also asked what possible tests were being scheduled at the hospital in the next few weeks.

Agree_____  Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at page 51.

_____

_____

_____

_____

_____

_____

85.  In response, Mayo discussed the situation with you and told you the labs were still pending.  Mayo also stated she would continue to follow up with Dr. Ferguson.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at page 51.

_____

_____

_____

_____

_____

_____

86.  You were transported to the Arkansas Department of Correction on April 18, 2005.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at page 52.

_____

AO72A
(Rev. 8/82)

_____

_____

_____

_____

_____

87.  When during your incarceration at the BCDC, were you convicted of a crime or did you start serving a sentence?

Answer:

_____

_____

_____

_____

_____

_____

88.  When you had your intake physical at the ADC, you complained of chronic neck and back trouble, prostate problems, a diagnosis of a tumor to the right testicle, mental illness (depressed childhood), hypertension, reflux disease, a rash (of six months durations), arthritis, and prostate cancer.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 3 at pages 2 to 5.

_____

AO72A
(Rev. 8/82)

_____

_____

_____

_____

_____

      89. You were examined by ADC medical staff and prescribed Tylenol, Ranitidine,

Motrin, and Atenolol.

      Agree_____ Disagree_____Without knowledge to agree or disagree_____.

      If you disagree, explain.  In explaining, please refer to defendants' exhibit 3 at page 6.

_____

_____

_____

_____

_____

_____

      90. You were not placed on any restrictions or limitations after your initial

examination.

      Agree_____ Disagree_____Without knowledge to agree or disagree_____.

      If you disagree, explain.  In explaining, please refer to defendants' exhibit 3 at page 8.

_____

_____

_____

AO72A
(Rev. 8/82)

_____

_____

_____

     91.  Boone County has in place policies regarding the provision of health care to

inmates, food service, and housing and sanitation.

     Agree_____ Disagree_____Without knowledge to agree or disagree_____.

     If you disagree, explain.  In explaining, please refer to defendants' exhibit 4.

_____

_____

_____

_____

_____

_____

     92.  Do you contend Boone County has an policy or custom that was the moving force

behind your being deprived of your federal constitutional rights while incarcerated at the

BCDC?

     Answer:  Yes _____ No _____.

     If you answered yes, please describe in detail each policy or custom and how you

believe it operated to deprive you of your federal constitutional rights.

_____

_____

_____

-73-



-74-

_____

_____

_____

_____

_____

     93.  On June 13, 2005, the BCDC was inspected by the State Detention Facility

Review Committee.

     Agree_____ Disagree_____Without knowledge to agree or disagree_____.

     If you disagree, explain.  In explaining, please refer to defendants' exhibit 5.

_____

_____

_____

_____

_____

_____

     94.  The jail was found to be in compliance with almost all jail standards with the

exception of the standards dealing with sufficient staffing, separation of prisoners, the booking

area not being secured, and not having enough space for an activity room and for jail

administration.

     Agree_____ Disagree_____Without knowledge to agree or disagree_____.

     If you disagree, explain.  In explaining, please refer to defendants' exhibit 5.

_____

AO72A
(Rev. 8/82)

_____

_____

_____

_____

_____

95.  A note was made that BCDC was the state's cleanest and best run jail.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 5 at page 8.

_____

_____

_____

_____

_____

_____

96.  While you were incarcerated at the BCDC, all decisions regarding your medical care were made by medical personnel.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

-76-

_____

_____

97. Do you contend Nurse Practitioner Lynn Mayo was deliberately indifferent to your serious medical needs?

Answer:  Yes _____ No _____.

If you answered yes, please state what serious medical needs you had and how Mayo exhibited deliberate indifference to those medical needs.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

98. You received all medical care Nurse Practitioner Mayo and other medical personnel determined in the exercise of their medical judgment that you needed.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

-77-

If you disagree, explain.

_____

_____

_____

_____

_____

_____

99.  Under section 1983 a defendant can be sued in his official capacity, his individual capacity, or in both capacities.  An individual capacity suit is the equivalent of a suit against the governmental entity.  Did you intend to sue the defendants in their individual capacities, their official capacities, or in both capacities?

Answer:

_____

100.  Did you ever personally speak to, or communicate with, Sheriff Hickman regarding any of your grievances, medical requests, or complaints?

Answer:  Yes _____ No _____.

If you answered yes, please describe in detail what you spoke with, or communicated with, the Sheriff about and what his response was.

_____

_____

_____

_____

AO72A
(Rev. 8/82)

_____

_____

_____

_____

_____

_____

_____

_____

_____

        If you answered no, please describe in detail how you believe Sheriff Hickman

violated your federal constitutional rights.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

AO72A
(Rev. 8/82)

101. Please explain in detail how you believe Jason Day violated your federal constitutional rights.

Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

102. Did you suffer any physical injury because of the conditions you were incarcerated under at the BCDC?

Answer:  Yes _____ No _____.

If you answered yes, please describe:  (a) the physical injury you suffered; (b) the symptoms you experienced; (c) the severity of those symptoms; (d) whether you sought, or received, medical care for the injuries; and (e) how long it took you to recover from the injuries.

-80-

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Detail below any further response you would like to make to defendants' summary judgment motion.  If you have any exhibits you would like the court to consider, you may attach them to this response.

_____

AO72A
(Rev. 8/82)



AO72A
(REV. 8/82)

_____

_____

_____

_____

     I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE

AND CORRECT.

     EXECUTED ON THIS _____ DAY OF _____ 2006.

_____

         GEORGE HULEN SORRELLS

**AO72A**
**(Rev. 8/82)**