IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

GEORGE HULEN SORRELLS                                                    PLAINTIFF

       v.        Civil No. 05-5075

SHERIFF DANNY HICKMAN; DR.
LYNN MAYO; JASON DAY, Jail
Administrator; and LANCE
COTTRELL, Jailer                                                         DEFENDANTS

**O R D E R**

Now on this 7th day of August, 2006, come on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #33), and plaintiff's **Objections To The Report And Recommendation Of The Magistrate Judge** (document #36), and from said documents, and the pleadings in this matter, the Court finds and orders as follows:

1. That, as recommended by the Magistrate Judge, plaintiff's Complaint should be considered to be amended to assert both individual and official capacity claims against each defendant. It will be so ordered -- and so considered.

2. That plaintiff's Objections to the Report and Recommendation either do not fairly meet the substance of the Report And Recommendation, or they are otherwise without merit. Accordingly, the Objections will be overruled.

3. That the Report And Recommendation is thorough and sound in all respects. Accordingly, it will be adopted *in toto*.

**IT IS, THEREFORE, ORDERED** that plaintiff's Complaint be, and

it hereby is, treated as being amended to assert both individual and official capacity claims against each defendant.

**IT IS FURTHER ORDERED** that plaintiff's **Objections To The Report And Recommendation Of The Magistrate Judge** be, and they hereby are, **overruled.**

**IT IS FURTHER ORDERED** that the **Report And Recommendation Of The Magistrate Judge** be, and it hereby is, **adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge**, defendants' **Motion for Summary Judgment** (document #27) is **granted,** and this matter is **dismissed.**

**IT IS SO ORDERED.**

                                        **/s/Jimm Larry Hendren**
                                        **JIMM LARRY HENDREN**
                                        **UNITED STATES DISTRICT JUDGE**